JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARTHA HERNANDEZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota corporation dba TARGET, and DOES 1 to 10, inclusive,<br><br>        Defendants. | U.S.D.C. Case No. 2:15-cv-00914-DSF AJW<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>Action Filed:   May 9, 2014<br>Trial Date:     None |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff MARTHA HERNANDEZ for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC545318.

Dated: 4/23/15

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE